UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EQUARN WHITE,

                Petitioner,

    -against-                                            19 **CIVIL** 97 (KMK)

## **JUDGMENT**

JOSEPH NOETH,

                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 22, 2025, the Report and Recommendation is ADOPTED in its entirety and the Petition is DISMISSED. Additionally, because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue, see 28 U.S.C. § 2253(c) (2); Small v. Orange Cnty. Ct., Prosecutors Off., No. 18-CV-2716, 2020 WL 1082710, at *2 (S.D.N.Y. Mar. 5, 2020) (citing Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 111-12 (2d Cir. 2000)), and the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith, Whitted v. Stallone, No. 11-CV-7569, 2016 WL 1268278, at *1 (S.D.N.Y. Mar. 30, 2016) (citing Coppedge v. United States, 369 U.S. 438, 445 (1962)); accordingly, the case is closed.

**Dated:** New York, New York
         May 22, 2025

                                                              **TAMMI M. HELLWIG**
                                                                  **Clerk of Court**

                              **BY:**       *K. Mango*

                                                                    **Deputy Clerk**